**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARK HILL,

      Plaintiff,

v.                                                                Case No. 05-CV-71913-DT

CITY OF DETROIT et al.,

      Defendants.

                                  /

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S AMENDED**
**"MOTION FOR PARTIAL SUMMARY JUDGMENT . . ."**

Pending before the court is Plaintiff Mark Hill's amended Motion for Partial

Summary Judgment, filed October 20, 2005.  The court has determined that no hearing

is required.  E. D. Mich LR 7.1(e)(2).

Plaintiff has requested, and the court has agreed, that the court compel

Defendant-Officer Robert Trozak to appear for his oral deposition.[1]  (*See* 11/23/05

Order at 2.)  In view of this pending deposition and the state of the briefing on this

motion (in which neither party refers to significant facts of record, relying instead upon

argument and characterizations) the basis for any such motion is incomplete and

premature.

---

    [1] During the November 22, 2005, hearing on Plaintiff's Motion to Compel and
Defendants' Motion for Leave to File Notice, Plaintiff's counsel represented to the court
that Defendant Officer Robert Trozak's deposition has now been scheduled.

Accordingly, IT IS ORDERED that Plaintiff's Amended Motion for Partial

Summary Judgment [Dkt. # 17] is DENIED without prejudice.[2]

The status conference scheduled for **December 15, 2005** at **3:30 p.m.** remains

on the court's docket.


                                              S/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE


Dated:  December 8, 2005


I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, December 8, 2005, by electronic and/or ordinary mail.


                                              S/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522

---

[2]If either party later files a dispositive motion, counsel is directed to appropriately
support their factual assertions with specific citations to the record.

S:\Cleland\JUDGE'S DESK\Odd Orders\05-71913.HILL.DenyingPlaintiffMotionSJ.wpd